# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

RASHAD TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1705

—————————————————

January 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rashad Taylor, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.